UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| D.C. Individually and as Next Friends of J.C.2., <br> J.C.1 Individually and as Next Friends of J.C.2., <br><br> Plaintiffs, <br><br> v. <br><br> MSD DECATUR TOWNSHIP, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:23-cv-01021-JMS-MJD <br> ) <br> ) <br> ) <br> ) |

**MINUTE ENTRY FOR FEBRUARY 27, 2024**
**SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference. This matter has been resolved. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

**Within sixty (60) days of the date of this entry**, counsel for the parties shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the necessary documents may be granted for good cause shown, if requested in writing before expiration of this period.

SO ORDERED.

Dated: 28 FEB 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.